13140.010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RARE BREED TRIGGERS, LLC, a North Dakota limited liability company, and <br> (2) ABC IP, LLC, a Delaware limited liability company, <br><br>            Plaintiffs, <br><br> vs. <br><br> (1) THOMAS ALLEN GRAVES, an individual, <br> (2) POWERED BY GRAVES, INC., an Oklahoma corporation, <br> (3) VALOR MANUFACTURING LLC, an Oklahoma limited liability company, and <br> (4) VALOR ARMS LLC, an Oklahoma limited liability company, <br><br>            Defendants. | No. 4:22-CV-00107-GKF-JFJ <br><br> Jury Trial Demanded |

## ANSWER TO COMPLAINT

Defendant, Valor Manufacturing, LLC ("Valor"), for its Answer to the Complaint [Doc. 2] filed by Plaintiffs, Rare Breed Triggers, LLC ("Rare Breed") and ABC IP, LLC ("ABC") (together, "Plaintiffs"), states as follows:

## PARTIES

1. Valor admits the allegations set forth in paragraph 1 of the Complaint.

2. Valor admits the allegations set forth in paragraph 1 of the Complaint.

3. Valor is without sufficient information to admit the allegations set forth in paragraph 3 of the Complaint and therefore denies the same and demands strict proof thereof.

4. Valor is without sufficient information to admit the allegations set forth in paragraph 4 of the Complaint and therefore denies the same and demands strict proof thereof.

5. Valor admits the allegations set forth in paragraph 5 of the Complaint.

6. Valor is without sufficient information to admit the allegations set forth in paragraph 6 of the Complaint and therefore denies the same and demands strict proof thereof.

## JURISDICTION AND VENUE

7. Valor admits the allegations set forth in paragraph 7 of the Complaint.

8. Valor admits the allegations set forth in paragraph 8 of the Complaint.

9. Valor is without sufficient information to admit the allegations set forth in paragraph 9 of the Complaint and therefore denies the same and demands strict proof thereof.

10. Valor is without sufficient information to admit the allegations set forth in paragraph 10 of the Complaint and therefore denies the same and demands strict proof thereof.

## BACKGROUND

11. Valor is without sufficient information to admit the allegations set forth in paragraph 11 of the Complaint and therefore denies the same and demands strict proof thereof.

12. Valor is without sufficient information to admit the allegations set forth in paragraph 12 of the Complaint and therefore denies the same and demands strict proof thereof.

13. Valor denies the allegations set forth in paragraph 13 of the Complaint.

14. Valor is without sufficient information to admit the allegations set forth in paragraph 14 of the Complaint and therefore denies the same and demands strict proof thereof.

15. Valor is without sufficient information to admit the allegations set forth in paragraph 15 of the Complaint and therefore denies the same and demands strict proof thereof.

16. Valor is without sufficient information to admit the allegations set forth in paragraph 16 of the Complaint and therefore denies the same and demands strict proof thereof.

17. Valor is without sufficient information to admit the allegations set forth in paragraph

17 of the Complaint and therefore denies the same and demands strict proof thereof.

18. Valor denies the allegations set forth in paragraph 18 of the Complaint.

19. Valor is without sufficient information to admit the allegations set forth in paragraph 19 of the Complaint and therefore denies the same and demands strict proof thereof.

20. Valor admits the allegations set forth in paragraph 20 of the Complaint.

21. Valor denies the allegations set forth in paragraph 21 of the Complaint.

## **Background**

22. Valor is without sufficient information to admit the allegations set forth in paragraph 22 of the Complaint and therefore denies the same and demands strict proof thereof.

23. Valor is without sufficient information to admit the allegations set forth in paragraph 23 of the Complaint and therefore denies the same and demands strict proof thereof.

24. Valor is without sufficient information to admit the allegations set forth in paragraph 24 of the Complaint and therefore denies the same and demands strict proof thereof.

25. Valor is without sufficient information to admit the allegations set forth in paragraph 25 of the Complaint and therefore denies the same and demands strict proof thereof.

26. Valor is without sufficient information to admit the allegations set forth in paragraph 26 of the Complaint and therefore denies the same and demands strict proof thereof.

27. Valor is without sufficient information to admit the allegations set forth in paragraph 27 of the Complaint and therefore denies the same and demands strict proof thereof.

28. Valor is without sufficient information to admit the allegations set forth in paragraph 28 of the Complaint and therefore denies the same and demands strict proof thereof.

29. Valor denies the allegations set forth in paragraph 29 of the Complaint.

30. Valor is without sufficient information to admit the allegations set forth in paragraph

30 of the Complaint and therefore denies the same and demands strict proof thereof.

## The '223 Patent Invention

31. Valor is without sufficient information to admit the allegations set forth in paragraph 31 of the Complaint and therefore denies the same and demands strict proof thereof.

32. Valor is without sufficient information to admit the allegations set forth in paragraph 32 of the Complaint and therefore denies the same and demands strict proof thereof.

33. Valor is without sufficient information to admit the allegations set forth in paragraph 33 of the Complaint and therefore denies the same and demands strict proof thereof.

34. Valor is without sufficient information to admit the allegations set forth in paragraph 34 of the Complaint and therefore denies the same and demands strict proof thereof.

35. Valor is without sufficient information to admit the allegations set forth in paragraph 35 of the Complaint and therefore denies the same and demands strict proof thereof.

36. Valor is without sufficient information to admit the allegations set forth in paragraph 36 of the Complaint and therefore denies the same and demands strict proof thereof.

37. Valor is without sufficient information to admit the allegations set forth in paragraph 37 of the Complaint and therefore denies the same and demands strict proof thereof.

38. Valor is without sufficient information to admit the allegations set forth in paragraph 38 of the Complaint and therefore denies the same and demands strict proof thereof.

39. Valor is without sufficient information to admit the allegations set forth in paragraph 39 of the Complaint and therefore denies the same and demands strict proof thereof.

40. Valor is without sufficient information to admit the allegations set forth in paragraph 40 of the Complaint and therefore denies the same and demands strict proof thereof.

41. Valor is without sufficient information to admit the allegations set forth in paragraph

41 of the Complaint and therefore denies the same and demands strict proof thereof.

42. Valor is without sufficient information to admit the allegations set forth in paragraph 42 of the Complaint and therefore denies the same and demands strict proof thereof.

43. Valor is without sufficient information to admit the allegations set forth in paragraph 43 of the Complaint and therefore denies the same and demands strict proof thereof.

44. Valor is without sufficient information to admit the allegations set forth in paragraph 44 of the Complaint and therefore denies the same and demands strict proof thereof.

45. Valor is without sufficient information to admit the allegations set forth in paragraph 45 of the Complaint and therefore denies the same and demands strict proof thereof.

46. Valor is without sufficient information to admit the allegations set forth in paragraph 46 of the Complaint and therefore denies the same and demands strict proof thereof.

47. Valor is without sufficient information to admit the allegations set forth in paragraph 47 of the Complaint and therefore denies the same and demands strict proof thereof.

48. Valor is without sufficient information to admit the allegations set forth in paragraph 48 of the Complaint and therefore denies the same and demands strict proof thereof.

## The Infringing Trigger

49. Valor denies the allegations set forth in paragraph 49 of the Complaint.

50. Valor denies the allegations set forth in paragraph 50 of the Complaint.

51. Valor is without sufficient information to admit the allegations set forth in paragraph 51 of the Complaint and therefore denies the same and demands strict proof thereof.

52. Valor denies the allegations set forth in paragraph 52 of the Complaint.

53. Valor is without sufficient information to admit the allegations set forth in paragraph 53 of the Complaint and therefore denies the same and demands strict proof thereof.

54. Valor is without sufficient information to admit the allegations set forth in paragraph 54 of the Complaint and therefore denies the same and demands strict proof thereof.

55. Valor is without sufficient information to admit the allegations set forth in paragraph 55 of the Complaint and therefore denies the same and demands strict proof thereof.

56. Valor is without sufficient information to admit the allegations set forth in paragraph 56 of the Complaint and therefore denies the same and demands strict proof thereof.

57. Valor denies the allegations set forth in paragraph 57 of the Complaint.

58. Valor denies the allegations set forth in paragraph 58 of the Complaint.

### Graves Promotion of the Infringing Trigger

59. Valor is without sufficient information to admit the allegations set forth in paragraph 59 of the Complaint and therefore denies the same and demands strict proof thereof.

60. Valor is without sufficient information to admit the allegations set forth in paragraph 60 of the Complaint and therefore denies the same and demands strict proof thereof.

61. Valor is without sufficient information to admit the allegations set forth in paragraph 61 of the Complaint and therefore denies the same and demands strict proof thereof.

62. Valor is without sufficient information to admit the allegations set forth in paragraph 62 of the Complaint and therefore denies the same and demands strict proof thereof.

63. Valor is without sufficient information to admit the allegations set forth in paragraph 63 of the Complaint and therefore denies the same and demands strict proof thereof.

64. Valor is without sufficient information to admit the allegations set forth in paragraph 64 of the Complaint and therefore denies the same and demands strict proof thereof.

65. Valor is without sufficient information to admit the allegations set forth in paragraph 65 of the Complaint and therefore denies the same and demands strict proof thereof.

66. Valor is without sufficient information to admit the allegations set forth in paragraph 66 of the Complaint and therefore denies the same and demands strict proof thereof.

67. Valor is without sufficient information to admit the allegations set forth in paragraph 67 of the Complaint and therefore denies the same and demands strict proof thereof.

### Valor's Manufacture of the Infringing Trigger

68. Valor denies the allegations set forth in paragraph 68 of the Complaint.

### COUNT I – INFRINGEMENT OF THE '223 PATENT

69. Paragraph 68 merely incorporates the Complaint's prior allegations, therefore no additional response is required.

70. Valor denies the allegations set forth in paragraph 70 of the Complaint.

71. Valor is without sufficient information to admit the allegations set forth in paragraph 71 of the Complaint and therefore denies the same and demands strict proof thereof.

72. Valor is without sufficient information to admit the allegations set forth in paragraph 72 of the Complaint and therefore denies the same and demands strict proof thereof.

73. Valor is without sufficient information to admit the allegations set forth in paragraph 73 of the Complaint and therefore denies the same and demands strict proof thereof.

74. Valor denies the allegations set forth in paragraph 74 of the Complaint.

75. Valor is without sufficient information to admit the allegations set forth in paragraph 75 of the Complaint and therefore denies the same and demands strict proof thereof.

76. Valor denies the allegations set forth in paragraph 76 of the Complaint.

77. Valor denies the allegations set forth in paragraph 77 of the Complaint.

**PRAYER FOR RELIEF**

78. Valor denies that Plaintiffs are entitled to any of the relief requested in their "Prayer for Relief" as against Defendant, Valor.

Wherefore, having fully responded to Plaintiffs' Complaint, Valor prays that Plaintiffs recover nothing thereby, that the Complaint be dismissed with prejudice, that Valor be awarded its costs, expenses and reasonably attorneys' fees, and for such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

By */s/ William R. Grimm*
William R. Grimm, OBA No. 3628
Joseph V. Allen, OBA No. 31464
BARROW & GRIMM, P.C.
110 W. Seventh Street, Suite 900
Tulsa, OK 74119
(918) 584-1600 (Telephone)
(918) 585-2444 (Facsimile)
grimm@barrowgrimm.com
jallen@barrrowgrimm.com

*Attorneys for Valor Manufacturing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ William R. Grimm*
William R. Grimm