UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G&G Closed Circuit Events, LLC,<br><br>                              Plaintiff(s),<br>vs.<br><br>Alvarado et al ,<br><br>                              Defendant(s). | Case No.: 22-cv-126-CVE-CDL<br><br><br><br>**CLERK'S ENTRY OF DEFAULT** |

It appears from the files and records of this Court as of May 3, 2022, and the affidavit of Adam Scott Weintraub, that the defendant(s), Juan M. Alvarado, Monica Rodriguez, Jose Contreras, Esbeygi Lopez, Fabulosos Mariscos A La Antigua, LLC and Fabulosos Bar & Grill, LLC, 22-cv-126-CVE-CDL against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

      Now, therefore, I, Mark C. McCartt, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).


                                            Mark C. McCartt,
                                            Clerk of Court, United States District Court

                                            s/ S. Clark

                                            _____

                                            By: S. Clark, Deputy Clerk