**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RARE BREED TRIGGERS, LLC, ET AL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS ALLEN GRAVES, ET AL, )<br>)<br>Defendant. ) | Case No. 22-CV-107-GKF-JFJ |

**ORDER TO SHOW CAUSE**

Pursuant to the Federal Rules of Civil Procedure, plaintiff must serve defendants "within 90 days after the filing of the complaint." Fed. R. Civ. P. 4(m). Plaintiff Rare Breed Triggers, LLC, filed the First Amended Complaint in this case on June 15, 2022. The First Amended Complaint added five defendants: Janeway Machine, Inc., Janeway Manufacturing, Inc., Janeway Machine Company, Inc., 7050 Corp., and Janeway Leasing, LLC. To date, plaintiff has not filed returns of service indicating that these additional defendants have been served. Plaintiff has, therefore, failed to show timely service upon these defendants under Fed. R. Civ. P. 4(m).

Within fourteen (14) days from the date this Order is filed, or by October 19, 2022, plaintiff Rare Breed Triggers, LLC, shall file returns of service showing these defendants were properly served or show good cause for its failure to serve these defendants, or its claims against defendants Janeway Machine, Inc., Janeway Manufacturing, Inc., Janeway Machine Company, Inc., 7050 Corp., and Janeway Leasing, LLC, will be dismissed without prejudice.

IT IS SO ORDERED this 5th day of October, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE