IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | RARE BREED TRIGGERS, LLC, a North Dakota limited liability company, and | ) ) |
| 2. | ABC IP, LLC, a Delaware limited liability company, | ) ) ) ) |
| | Plaintiffs | ) ) |
| v. | | ) Case.: 4:22-cv-00107-GKF-JFJ ) |
| 1. | THOMAS ALLEN GRAVES, an individual, | ) |
| 2. | POWERED BY GRAVES, INC., an Oklahoma corporation, | ) ) |
| 3. | VALOR MANUFACTURING LLC, an Oklahoma limited liability company, and | ) ) |
| 4. | VALOR ARMS LLC, an Oklahoma limited liability company, | ) ) |
| 5. | JANEWAY MACHINE, INC., an Oklahoma Corporation, | ) ) |
| 6. | JANEWAY LEASING, LLC, an Oklahoma limited liability company, | ) ) |
| 7. | JANEWAY MANUFACTURING INC., an Oklahoma corporation, | ) ) |
| 8. | JANEWAY MACHINE COMPANY, INC., an Oklahoma corporation, and | ) ) |
| 9. | 7050 CORP., an Oklahoma corporation, | ) ) |
| | Defendants. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION TO SET ASSET HEARING**

The Court, having considered Plaintiffs' Motion to Set Asset Hearing [Doc. 77]. Based on Judgment Creditors' Motion, the Court finds:

    1.    Judgment was entered for Plaintiffs in this case on December 15, 2022, in the amount of $3,925,800 [Doc. 58].

    2.    The Judgment has not been paid or otherwise satisfied.

    3.    There is a danger that Judgment Debtors will attempt to transfer, encumber, alienate, and/or conceal property in an attempt to place it beyond Judgment Creditors' reach, and

Judgment Debtor should be enjoined from such transfer or other disposition of property until a hearing on assets and until further order of this Court.

IT IS THEREFORE ORDERED:

1. The Motion to Set Asset Hearing of Judgment Creditors/Plaintiffs is granted;

2. Judgment Creditors shall appear on **April 17, 2024, at 9:30 a.m.** in Courtroom #5, fourth floor, of the United States District Court, 333 West 3rd Street, Tulsa, Oklahoma, 74103, and shall answer under oath the questions of counsel for Judgment Creditors concerning property that may be used to satisfy the Judgment in this case.

3. Judgment Creditors shall bring to the asset hearing the following documents and things:

   A. Records of income for the past two years;

   B. Bank statements for the past two years;

   C. Income tax return copies for the past two years;

   D. Legal description and/or deeds of all real estate owned;

   E. Automobile titles;

   F. Accounting books of any business owned;

   G. Stocks, bonds, and securities owned;

   H. Safe deposit box information, if any;

   I. Records of any and all other property owned or that is held in trust by another on their behalf;

   J. Contracts, business records, or other documents showing ownership of an interest in any business.

   K. Contracts, business records, certificates, or ot0 her documents relating to license agreements for any intellectual property owned by or claimed.

    L.    Contracts, business records, certificates, or other documents relating to any patent, trademark, copyright, or other form of intellectual property owned by or claimed.

    M.    Documents constituting and/or memorializing any patent, trademark, copyright, or other form of intellectual property owned by or claimed.

Dated this 18th day of March, 2024.

_____
MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT