



FILED

APR 18 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**RARE BREED TRIGGERS, et al.**
Plaintiffs

CASE NO. 4:22-CV-00107-MTS

v.

Reassertion Jurisdiction Remains Challenged

**Thomas Allen Graves,**
Defendant

Hon. Mark T. Steele

---

### VICTIM'S REASSERTION JURISDICTION IS CHALLENGED AND STANDS UNPROVEN TO DATE, BY THE BENCH OR THE PLAINTIFFS'

---

### THOSE WHO CLAIM JURISDICTION BEAR THE BURDEN OF PROOF

Comes now I am. Thomas Allen Graves, a natural masculine and rebuts all rebuttable presumptions made by this court, states Document 85, is hereby reasserted in its entirety the same as if it were fully incorporated herein.

### JUDICIAL NOTICE SHALL BE TAKEN BY THE COURT AS FACT

The court shall not proceed in any manner whatsoever, until jurisdiction shall have been proven, counsels' nonsensical [Doc 87] for lack of jurisdiction in this case is – moot.   Shall be stricken. EO 13848 applies.

April 17, 2024

Respectfully submitted,

Thomas Allen Graves, Victim (alleged defendant)

Doc 1- 041624 – Original

295 Eagle Point Dr.
Sand Springs, OK.
74063

(512) 363-8440