# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Rare Breed Triggers, LLC, et al, <br><br> Plaintiff, <br><br> vs. <br><br> Thomas Allen Graves, et al, <br><br> Defendant. | Case No.: 22-cv-00107-GKF-JFJ <br><br> Proceeding: Asset Hearing <br> Date: 5/15/2024 <br> Time: 10:04 a.m. – 10:06 a.m. <br><br> **MINUTE SHEET** |

Mark T. Steele, U.S. Magistrate Judge     L. Lewis, Deputy Clerk     Courtroom 5

| | |
|---|---|
| Counsel for Plaintiffs: | Colin Hampton Tucker/Glenn D Bellamy |
| Counsel for Defendant, Thomas Allen Graves: | Pro se |

MINUTES: Case called for Asset Hearing; Defendant, Thomas Allen Graves, not present; Plaintiffs' counsel makes oral motion for civil contempt as stated on the record; Court takes oral motion under advisement.