IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RARE BREED TRIGGERS, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 22-CV-107-GKF-JFJ |
| | ) |
| THOMAS ALLEN GRAVES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 31, 2024, Plaintiffs Rare Breed Triggers, LLC, and ABC IP, LLC ("Plaintiffs"), filed a Motion to Compel Assignments of Intellectual Property from Defendant Thomas Allen Graves. (Docket No. 101). On June 7, 2024, Plaintiffs filed a Motion for Contempt, requesting that Defendant Graves be held in civil contempt for failing to appear at two previously ordered asset hearings. (Docket No. 106). Both motions were referred to the undersigned Magistrate Judge. As of this date, Defendant has failed to respond to either motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel Assignments of Intellectual Property (Docket No. 101) and Plaintiffs' Motion for Contempt (Docket No. 106) are hereby set for hearing on **Tuesday, July 23, 2024, at 9:30 a.m.** at 333 W. 4th Street, Tulsa, Oklahoma, 74103, Fourth Floor, Courtroom #5. A failure to appear by Defendant Graves may result in the granting of Plaintiffs' Motion to Compel and a certification by the undersigned to the district judge recommending Defendant Graves be held in civil contempt.

**IT IS FURTHER ORDERED** that upon receiving this Order, Plaintiffs' counsel shall serve a copy on Defendant Graves by first class mail at the address listed in the Court record. Thereafter, Plaintiffs' counsel shall file a certificate of service with the Court by **Friday, July 12, 2024**.

**IT IS SO ORDERED** this 3rd day of July, 2024.

_____
MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT