

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

RECEIVED
JUL 17 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Thomas Allen Graves
295 Eagle Point Ln.
Sand Springs, OK 74063

NEOPOST 07/08/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL
ZIP 74103
041M11287529

Postmarked 7/8/2024
22cv107-GKF-JFJ
Pkt. #112

RETURN TO SENDER
FORWARD TIME EXP RTN TO SEND
GRAVES THOMAS A
PO BOX 1238
SAND SPRINGS OK 74063-1238