IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    RARE BREED TRIGGERS, LLC, and | ) | |
| 2.    ABC IP, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 4:22-cv-00107-GKF-JFJ |
| | ) | |
| 1.    THOMAS ALLEN GRAVES, | ) | |
| 2.    POWERED BY GRAVES, INC., | ) | |
| 3.    VALOR MANUFACTURING LLC, | ) | |
| 4.    JANEWAY MACHINE, INC., and | ) | |
| 5.    7050 CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF PLEADINGS

Plaintiffs file this Notice of Service of the pleadings Doc. 112 and Doc. 116, on Thomas Allen Graves. Service was made by various means:

1. By e-mail, as attachments. Ex. 1 (Declaration of Lawrence DeMonico).

2. By notification through telephone call and through text message, using contact information which has been successful previously during the course of this case. Ex. 1.

3. By Federal Express, which reported on July 18, 2024, "Customer not available or business closed – access is controlled by customer." Ex. 2 (FedEx Report).

4. By personal delivery by the undersigned at the street address listed by Mr. Graves on his filings of July 15, 2024 (Doc. 115) and July 11, 2024 (Doc. 114). Ex. 3 (Declaration of CH Tucker).

5. By personal delivery to the former mailbox for Mr. Graves (address numbers on this mailbox appearing to have been recently removed). Ex. 3.

Plaintiffs note that Mr. Graves' filing at Doc. 114-42 is a scanned image of this Court's service upon him of Doc. 111, establishing that at least as of June 26, 2024, Graves was receiving mail at his address of record in this case.

Respectfully Submitted,

By:  */s/ Colin H. Tucker*
COLIN H. TUCKER, OBA 16325
chtucker@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173; (918) 592-3390 [fax]

-and-

Glenn D. Bellamy
gbellamy@whe-law.com
Charles D. Pfister
cpfister@whe-law.com
WOOD HERRON & EVANS
2700 Carew Tower
441 Vine Street
Cincinnati, OH  45202
(513) 707-0243; (513) 241-6234 [fax]

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECFR System for filing, with the Clerk transmitting a Notice of Electronic Filing to the following registered ECF participants:

| | |
|---|---|
| Glenn D. Bellamy | gbellamy@whe-law.com |
| | sbesecker@whe-law.com |
| | tyoung@whe-law.com |
| Joseph Venard Allen | jallen@lahlawyers.com |
| | j.acosta@barrowgrimm.com |

| | |
|---|---|
| William Robert Grimm | grimm@barrowgrimm.com |
| | t.hammon@barrowgrimm.com |

and sent by regular mail to the following:

Thomas Allen Graves
295 Eagle Point Lane
Sand Springs, OK  74063

                                            */s/ Colin H. Tucker*