IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.<br>2 | RARE BREED TRIGGERS, LLC, and<br>ABC IP, LLC, | )<br>)<br>) |
| | Plaintiffs | )<br>) |
| | v. | ) 4:22-cv-00107-GKF<br>) |
| 1.<br>2.<br>3.<br>4. | THOMAS ALLEN GRAVES,<br>POWERED BY GRAVES, INC.,<br>VALOR MANUFACTURING LLC, and<br>VALOR ARMS LLC, | )<br>)<br>)<br>)<br>) |
| | Defendants. | ) |

**DECLARATION OF LAWRENCE DeMONICO**

Now comes the witness who declare as follows:

1. My name is Lawrence DeMonico. I am over the age of 18 and reside in Austin, Texas.

2. I am President of the Plaintiff, Rare Breed Triggers, LLC.

3. In the past, I have personally communicated directly with the Defendant, Thomas Allen Graves, via phone, text, and e-mail.

4. The number to which I have communicated by text is 512-363-8440.

5. The email address used was tag6767@gmail.com.

6. Mr. Graves' website at thomasallengraves.com lists a contact e-mail address of agent.gravestechnology@proton.me.

7. Today I sent a copy of this court's order (Doc. 112) to Mr. Graves via text at 512-363-8440 and via email to tag6767@gmail.com and agent.gravestechnology@proton.me.

8. Attached is a screenshot of the text message and copy of the email sent.

This declaration is made under penalty of perjury this 19th day of July, 2024.

_____
Lawrence A. DeMonico



is the Order from the court setting a hearing for Tuesday, July 23, 2024, at 9:30 AM, on our Motion to Compel Assignments of Intellectual Property and Motion for Contempt. Mail from the been returned as undeliverable. A copy has been delivered to your address and left beside the running generator located there.

e A. DeMonico

Today 11:46 AM

 **Doc 112 graves.pdf**
PDF Document · 1.1 MB

 **Doc 116 Graves.pdf**
PDF Document · 166 KB

Thomas,

Attached is the Order from the court setting a hearing for Tuesday, July 23, 2024, at 9:30 AM, on our Motion to Compel Assignments of Intellectual Property and Motion for Contempt. Mail from the court to you has been returned as undeliverable. A copy has been delivered to your address and left beside the running generator located there. These have also been emailed to you at tag6767@gmail.com and