IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

EXHIBIT

3

| | | |
|---|---|---|
| 1. | RARE BREED TRIGGERS, LLC, and | ) |
| 2. | ABC IP, LLC, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| v. | | ) Case 4:22-cv-00107-GKF-JFJ |
| | | ) |
| 1. | THOMAS ALLEN GRAVES, | ) |
| 2. | POWERED BY GRAVES, INC., | ) |
| 3. | VALOR MANUFACTURING LLC, | ) |
| 4. | JANEWAY MACHINE, INC., and | ) |
| 5. | 7050 CORP., | ) |
| | | ) |
| | Defendants. | ) |

**DECLARATION OF COLIN H. TUCKER**

1.     On July 19, 2024, I attempted to serve pleadings (Doc. 112 and Doc. 116) on Defendant Thomas Allen Graves.

2.     One set of pleadings was left in a mailbox showing indications of formerly being associated with 295 Eagle Point Lane. The numbers for this mailbox had been largely, but not fully, removed. This appears to have been recent as the surface of the mailbox where the numbers had been located was smooth and unweathered.  Furthermore, the other residences on Eagle Point Lane are identified on their individual mailboxes, leaving 295 Eagle Point Lane as the only residence on that road with no identified mailbox among the mailboxes set out at the entry to the road. (Ex. 1:  photographs of mailboxes).

3.     Another set of pleadings was taken to what Osage County property records show to be Graves' mailing address.  (Ex. 2: Osage County Property record, with Graves property identified).

4.      Delivery to the location on the property records required:

    a)      traveling approximately ½ mile down a mixed-surface road marked "private" and "do not enter";

    b)      thereafter entering an unmarked sandy one-lane track and traveling approximately two blocks;

    c)       exiting the vehicle and observing that the apparent residence has no windows or functioning door;

    d)      observing that the apparent residence is receiving electricity by means of a small portable generator next to the apparent residence;

    e)      avoiding a number of dogs which were protective of the property;

    f)      serving the apparent residence through placing a sealed, addressed envelope between the running generator and its refueling jugs;

    g)      eluding a larger pack of dogs which clearly objected to my presence.

See Exhibits to this declaration (photographs; video clip of service on running generator filed as separate pleading through non-ECF means)

_____

COLIN H. TUCKER, OBA 16325





















